IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANGELA T. WILLIAMS                                                                       PLAINTIFF

V.                           CASE NO. 4:13CV00018 JTK

CAROLYN W. COLVIN, *Acting Commissioner,*
Social Security Administration                                                       DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 13th day of March, 2014.

_____
UNITED STATES MAGISTRATE JUDGE